# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00679-CR

**The State of Texas, Appellant**

**v.**

**Jennifer Brewer, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 7 OF TRAVIS COUNTY
### NO. C-1-CR-10-202715, HONORABLE ELISABETH ASHLEA EARLE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The State has filed a motion to dismiss its appeal. Appellee has not expressed any opposition to the dismissal. We therefore grant the State's motion and dismiss the appeal. *See* Tex. R. App. P. 42.2.

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Dismissed on State's Motion

Filed:  January 14, 2014

Do Not Publish